**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ANGELA IRBY, individually and on behalf
of her minor daughters, K. I. (1), a minor child,
and K. I. (2), a minor child; LAZHANTE
ANDERSON; and TODD LOPEZ,
as wrongful death personal representative
for WILLIAM IRBY, deceased,

Plaintiffs,

v. No. 2:24-cv-00094-SMD-JHR

JEFFERSON INSURANCE COMPANY,
a New York corporation; and
AGA SERVICE COMPANY
d/b/a ALLIANZ GLOBAL ASSISTANCE,
a Virginia corporation,

Defendants.

**ORDER CLOSING CASE**

THIS MATTER is before the Court on the Stipulation for Dismissal of All Claims With Prejudice (Doc. 248), filed November 4, 2026, signed by all parties to the case, in which the parties jointly request dismissal of Plaintiff's claims with prejudice, with each party to bear its own costs and attorneys' fees.

"Under Rule 41(a)(1)(A)(ii), a plaintiff can voluntarily dismiss a case 'by filing . . . a stipulation of dismissal signed by all parties who have appeared.'" *De Leon v. Marcos*, 659 F.3d 1276, 1283 (10th Cir. 2011).

"A stipulation of dismissal filed under Rule 41(a)(1)(A)(i) or (ii) is self-executing and immediately strips the district court of jurisdiction over the merits." *Id.*

Accordingly, the Stipulation for Dismissal of All Claims With Prejudice is GRANTED with prejudice; and

It is ORDERED that this case is now CLOSED.

**SARAH M. DAVENPORT**
**UNITED STATES DISTRICT JUDGE**